IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

FEB 2 4 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN RE SEALED ORDERS:

IT IS HEREBY ORDERED that the Clerk shall unseal the following previously-terminated cases:

USA v. John Doe, CR 08-33-GF-CCL-01;
USA v. Jose Anguino-Mendez, CR 06-13-H-CCL-03;
USA v. Andres Cuellar-Ortega, CR 06-16-H-CCL-01;
USA v. Robert Ian Gorzalka, CR 06-17-H-CCL-01;
USA v. Maria Delrefugio-Garcia, CR 06-29-H-CCL-01;
USA v. Armando Borroyo-Mendoza, CR 06-30-H-CCL-01;
USA v. Ignacio Rivera-Estrada, CR 06-31-H-CCL-01;
USA v. Terri Lynn Howell, CR 07-06-H-CCL-01;
USA v. Karen Camille Daniel, CR 08-16-H-CCL-01.

Dated this 24th day of February, 2016.

CHARLES C. LOVELL
Senior United States District Judge